UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELILE ADAMS, | NO. 2:19-cv-1263-JCC-MLP |
| Petitioner, | **STIPULATION AND ORDER** |
| v. | |
| BILL ELFO, Whatcom County Sheriff; and WENDY JONES, Whatcom County Chief of Corrections, | |
| Respondents. | |

The Parties agree and hereby stipulate that in its present posture, the Court cannot afford complete relief to Petitioner in the absence of joinder of an appropriate Nooksack tribal official or officials. Fed. R. Civ. P. 19(a). The Parties thus request that the Court order Petitioner to identify and join, as respondents, any tribal official with authority to (a) oppose the petition to the extent it lacks merit and (b) grant Petitioner the relief she requests to the extent ordered by the Court. Fed. R. Civ. P. 19(a).

STIPULATION AND [PROPOSED] ORDER - 1

**GALANDA BROADMAN, PLLC**
8606 35th Avenue, NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, Washington 98115
(206) 557-7509

GALANDA BROADMAN, PLLC

s/Gabriel S. Galanda
Gabriel S. Galanda, WSBA #30331
Attorneys for Petitioners
P.O. Box 15146 Seattle, WA 98115
(206) 557-7509 Fax: (206) 299-7690
Email: gabe@galandabroadman.com


WHATCOM COUNTY PROSECUTING ATTORNEY

s/George Roche
George Roche, WSBA #45698
Deputy Prosecuting Attorney
Attorney for Respondents
311 Grand Ave. Ste. 201
Bellingham, WA   98225
Email:  groche@co.whatcom.wa.us

## ORDER

In light of the above stipulations, IT IS ORDERED:

(1)  The Fed. R. Civ. P. 12(b)(7) motion to dismiss filed by Respondents is GRANTED. BILL ELFO, Whatcom County Sheriff, and WENDY JONES, Whatcom County Chief of Corrections, are DISMISSED as parties to this proceeding, without prejudice;

(2)  Petitioner shall name any Nooksack tribal official(s) with proper authority as Respondent(s); and

(3)  Petitioner is granted fifteen (15) days to file an amended petition naming such Respondent(s).

DATED: October 16, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge