THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELILE ADAMS, | CASE NO. C19-1263-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| RAYMOND DODGE, *et al.*, | |
| Respondents. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's motion for reconsideration (Dkt. No. 56). Finding good cause, the Court hereby ORDERS Respondents Betty Leathers, Deanna Francis, the Nooksack Tribal Court, and the Nooksack Indian Tribe to respond to Petitioner's motion for reconsideration. Respondents shall file a single response brief of no more than three (3) pages, excluding certificates of service, no later than November 2, 2020.

The Clerk is DIRECTED to renote Petitioner's motion for reconsideration (Dkt. No. 56) to November 2, 2020.

//

//

//

MINUTE ORDER
C19-1263-JCC
PAGE - 1

DATED this 21st day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
